NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRYSTAL LAGOONS US CORP, CRYSTAL LAGOONS TECHNOLOGIES,**

*Plaintiffs-Appellants*

**v.**

**CLOWARD H2O, PACIFIC AQUASCAPE INTERNATIONAL,**

*Defendants-Appellees*

---

2023-2044

---

Appeal from the United States District Court for the District of Utah in No. 2:19-cv-00796-BSJ, Senior Judge Bruce S. Jenkins.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

August 8, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** August 8, 2023